**No. 48810.**—Protest 698908–G of M. S. Levy & Sons, Inc. (Baltimore).

Opinion by TILSON, J. The record showed that certain of the items consist of 8-bu. paper hats, similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). In accordance therewith the claim at 25 percent under paragraph 1504 (b) (5) was sustained as to this item.

**No. 48811.**—Protests 81108–K, etc., of R. Rudinger & Co. et al. (Honolulu, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, OCTOBER 1, 1943

**No. 48812.**—Protests 92080–K, etc., of Balfour Guthrie & Co., Ltd., et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48813.**—Protests 689091–G, etc., of Quong Yuen Shing et al. (New York).

Opinion by COLE, J. It was stipulated that certain of the merchandise in question consists of ve-tsin similar in all material respects to that the subject of *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). The record in that case was incorporated herein. Since salt is one of the ingredients of ve-tsin the court held the merchandise to be excluded from the provisions of said paragraph 5 (*Ueland* v. *United States*, 27 C. C. P. A. 56, C. A. D. 62). The merchandise was therefore held dutiable at 20 percent under paragraph 1558 as claimed.

BEFORE THE SECOND DIVISION, OCTOBER 1, 1943

**No. 48814.**—Protest 939471–G of L. Oppleman, Inc. (New York).

Opinion by LAWRENCE, J. The record showed that the dynamo cycle lamps are of the same kind as those involved in *Wedemeyer* v. *United States* (7 Cust. Ct. 141, C. D. 556). The claim appearing to be well-founded, the lamps were held dutiable at 30 percent under paragraph 371.